In the Matter of THE HOUSE OF SAINT GILES, THE CRIPPLE, Respondent. EDUCATIONAL INSTITUTE OHOLEI TORAH, Appellant.—Order of the Supreme Court, Kings County, dated October 13, 1978, affirmed, with $50 costs and disbursements to respondent, on the opinion of Mr. Justice Pino at Special Term. Lazer, J. P., Gulotta, Cohalan and Margett, JJ., concur.

In the Matter of DENIS KEVAN, Petitioner, v THEODORE W. O'NEILL, as Commissioner of Police of the City of Long Beach, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent, made after a hearing, dismissing the petitioner from the Long Beach Police Department. Determination confirmed and proceeding dismissed on the merits, without costs and disbursements. No opinion. Hopkins, J. P., Lazer, Rabin and Gulotta, JJ., concur.

In the Matter of ULYSSES MARTINEZ, Appellant, v THEODORE REID, as Superintendent of the Fishkill Correctional Facility, Respondent.—In a proceeding pursuant to CPLR article 78, inter alia, to compel respondent to transfer petitioner to the Wallkill Correctional Facility, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated February 9, 1978, which dismissed the petition. Judgment affirmed, without costs or disbursements, and without prejudice to the service and filing by petitioner, if he be so advised, of an amended petition alleging that he received final approval for the work-release program. No opinion. Titone, J. P., Suozzi, O'Connor and Shapiro, JJ., concur.

In the Matter of 173 BEACH 116TH STREET CORP., Petitioner, v STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated April 10, 1978 and made after a hearing, which found that the petitioner had violated section 65 of the Alcoholic Beverage Control Law by selling, delivering or giving away, or permitting to be sold, delivered or given away, alcoholic beverages to a minor actually or apparently under the age of 18 years, and suspending petitioner's liquor license for 10 days. Determination confirmed and proceeding dismissed on the merits, with costs. The State Liquor Authority's determination is amply supported by the record. The penalty imposed for the violation was not shocking to one's sense of fairness (see Matter of Pell v Board of Educ., 34 NY2d 222). Titone, J. P., Suozzi, O'Connor and Shapiro, JJ., concur.